Edward J. Hannan, Appellant, v. Thomas Cary, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (See *Myers* v. *Lederer*, 119 App. Div. 332, and *Bulkley* v. *Whiting Mfg. Co.*, 136 id. 479.)   All concurred.

John Sennett, Respondent, v. Clinton T. Backus and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Bartholomew A. Gilligan, as Trustee in Bankruptcy of C. A. White & Company, Respondent, v. Lincoln G. De Cant, Appellant.— Judgment and order affirmed, with costs.   All concurred; Merrell, J., not sitting.

William Clark, Appellant, v. Elmer Spencer and Others, Respondents. — Judgment reversed and new trial granted as to the defendant Harriet Fuller, with costs to appellant to abide event.   Judgment affirmed as to the defendants Elmer Spencer, James Fuller and Henry Coscum, with one bill of costs to the defendant Elmer Spencer.   Held, that the evidence presented a question of fact as to the liability of the defendant Harriet Fuller. All concurred.

Caroline Hunt, Respondent, v. Leo Miller, by Leopold Miller, His Guardian ad Litem, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred.

Louis Engel, Jr., Appellant, v. James D. Warren's Sons Company, Respondent.— Judgment affirmed, with costs.   All concurred.

Corinne B. Setterlund, Respondent, v. Frank B. Setterlund and Another, Appellants.— Interlocutory judgment affirmed, with costs.   All concurred.

In the Matter of the Acquisition of Lands for the Extension of Ottilia Street.   George A. Armstrong, Appellant; The City of Utica and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed.

International Textbook Company, Appellant, v. H. James Hanna, Respondent.— Motion to dismiss appeal denied, without costs.

In the Matter of Proving the Last Will and Testament of Cora Howell, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.   Held, that under section 2759 of the Code of Civil Procedure* it was necessary for the appellant to give and file an undertaking, and not having done so or made out any case to relieve from his default, the motion to dismiss the appeal should be granted.

William Roller, Plaintiff, v. Gleason Works, Defendant.— Plaintiff's exceptions overruled and motion for new trial denied, upon stipulation filed.

Austin R. Turrell and Another, as Administrators, etc., of Elizabeth Turrell, Deceased, Respondents, v. William A. Boardman, Individually and as Executor, etc., of Mary Boardman, Deceased, and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

* As amd. by Laws of 1914, chap. 443. —[REP.